**FILED**
August 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )    Case No. CR.S-11-0353-MCE
         Plaintiff,       )
v.                        )
                          )    ORDER FOR RELEASE OF
ANTHONY SALCEDO,          )    PERSON IN CUSTODY
                          )
         Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY SALCEDO, Case No. CR.S-11-0353-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

　　_X_ Co-Signed Unsecured Appearance Bond

　　___ Secured Appearance Bond

　　_X_ (Other) Conditions as stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  08-25-11  at 3:35 pm.

By _____
   Edmund F. Brennan
   United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S-11-0353-MCE |
| Plaintiff, | |
| vs. | UNSECURED APPEARANCE BOND |
| ANTHONY SALCEDO, | |
| Defendant. | |

    I, ANTHONY SALCEDO, the undersigned defendant and/or surety, acknowledge that I/we are bound to pay the United States of America the sum of $ 50,000.00.

    As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

    If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment

1 | may be entered against defendant for the amount above stated together with interest and costs, and
2 | execution may be issued and payment secured as provided by the Federal Rules of Criminal
3 | Procedure and other laws of the United States.
4 |     It is agreed and understood that this is a continuing bond which shall remain in full force and
5 | effect until such time as the undersigned is duly exonerated.
6 | DATED:

_____
DEFENDANT

_Sacramento, CA_
CITY & STATE

_Jammera Salcedo_
SURETY

_Sacramento, CA_
CITY & STATE

_Anty D Sole_
SURETY

_Sacramento, CA_
CITY & STATE

_____
SURETY

_____
CITY & STATE