1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ANTHONY SALCEDO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                                    )  No.  2:11-cr-00353-MCE
11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )
                                     )
13     v.                            )  WAIVER OF DEFENDANT'S PRESENCE
                                     )
14                                   )
    ANTHONY SALCEDO,                 )
15                                   )
                Defendant.           )
16  _____ )

17      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the
18  defendant, ANTHONY SALCEDO, hereby waives the right to be present in
19  person in open court upon the hearing of any motion or other proceeding
20  in this case, including, but not limited to, when the case is set for
21  trial, when a continuance is ordered, and when any other action is taken
22  by the court before or after trial, specifically, appearances for any
23  hearing regarding modification of conditions of supervised release,
24  except upon arraignment, plea, impanelment of jury and imposition of
25  sentence.
26  ///
27  ///
28  ///

1   Defendant hereby requests the Court to proceed during every absence
2 which the Court may permit pursuant to this waiver; agrees that
3 defendant's interest will be deemed represented at all times by the
4 presence of the defendant's attorney, the same as if the defendant were
5 personally present; and further agrees to be present in court ready for
6 trial any day and hour the court may fix in the defendant's absence.

7   The defendant further acknowledges being informed of the rights
8 under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the
9 defendant's attorney to set times and dates under that Act without the
10 defendant's personal presence.

11   The original signed copy of this waiver is being preserved by the
12 attorney undersigned.

13 Dated:    August 25, 2011

14                                  /s/ Anthony Salcedo
                                    ANTHONY SALCEDO
15                                  Defendant
                                    Original retained by attorney
16

17   I agree with and consent to my client's waiver of appearance.
18 Dated:    September 19, 2011

19                                  /s/ Douglas Beevers
                                    DOUGLAS BEEVERS
20                                  Assistant Federal Defender
                                    Attorney for Defendant
21                                  ANTHONY SALCEDO

22

**IT IS SO ORDERED.**
23

24  Dated: September 22, 2011

25
                                    _____
26                                  MORRISON C. ENGLAND, JR.
27                                  UNITED STATES DISTRICT JUDGE

28