UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ANTHONY SALCEDO,<br><br>            Defendant. | No.  2:11-CR-00353-MCE<br><br><br>**ORDER** |

The Court has reviewed the unopposed waiver of appearance submitted by Defendant Anthony Salcedo (ECF No. 131).  To the extent Defendant's waiver is intended to excuse him from appearing at his Trial Confirmation Hearing at 9:00 a.m. on Thursday, May 7, 2015, in Courtroom 7, that request is DENIED.  Defendant's request is otherwise GRANTED as set forth in the waiver itself.

   IT IS SO ORDERED.

Dated:  May 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT