BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
MARILEE L. MILLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SALCEDO,<br><br>Defendant. | CASE NO. 2:11-CR-353 MCE<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING BANK SECRECY ACT INFORMATION** |

The United States of America, by and through its counsel Jean M. Hobler, and defendant Anthony Salcedo, by and through his counsel Thomas A. Johnson, have conferred on an issue relating to the Government's obligations under *Giglio*, to wit – the potential disclosure of one or more Suspicious Activity Reports (SARs) that were filed with the Department of Treasury by a FINANCIAL INSTITUTION pursuant to federal statute 31 U.S.C. § 5318(g).  Because the mere existence of, as well as the information contained in, SARs, are confidential, and the disclosure of such is restricted by law (see 31 U.S.C. § 5318(g)(2); 31 CFR § 1020.320(e)), the parties have stipulated to a protective order governing the handling and use of any SAR disclosed in this matter, imposing the following restrictions and requirements on Defendant's treatment and use of the SARs:

1. The Suspicious Activity Reports shall not be copied, and no person other than the Defendant's attorneys of record may see the Suspicious Activity Reports.

2. The Defendant's attorneys of record shall not disclose contents of the Suspicious Activity

1. Reports to any other person except in camera during the trial.

3. During the trial, the attorneys representing the Defendant shall not refer to the documents pursuant to this Order as "Suspicious Activity Reports" (or "SARs"), but may refer to them as reports that are required to be filed by the Department of the Treasury.

4. The Suspicious Activity Reports may be used only in this trial.

5. Immediately after the trial has concluded, the attorneys representing the Defendant shall return the Suspicious Activity Reports to the government prosecutors.

Dated: May 12, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
MARILEE L. MILLER
Assistant United States Attorneys

Dated: May 12, 2015

By: /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Counsel for Defendant ANTHONY SALCEDO
(signature authorized May 12, 2015)

## ORDER

Good cause appearing, and based on the stipulation of the parties, the Court adopts the above restrictions on the handling and use of Suspicious Activity Reports as a protective order in this case.

IT IS SO ORDERED.

Dated: May 13, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT