THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Hubert Rotteveel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY SALCEDO,<br><br>        Defendant. | Case No.: 2:11-cr-00353-MCE<br><br>REQUEST AND ORDER TO EXTEND DEADLINE TO FILE MOTIONS IN LIMINE |

    Defendant, Anthony Salcedo, requests the deadline for the parties to file motions in limine be extended from May 18, 2015, to May 19, 2015. Defense counsel needs additional time to file the motions.

///
///
///
///
///
///
///
///
///

- 1 -

1  The Assistant United States Attorney has been notified of this request and does not
2  object.

4  DATED:  May 18, 2015          /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
5                                Attorney for Anthony Salcedo

6  DATED:  May 18, 2015          BENJAMIN B. WAGNER
                                 United States Attorney
7

8                                /s/ Thomas A. Johnson for
                                 JEAN M. HOBLER
9                                Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -