UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY SALCEDO,<br><br>　　　　　Defendant. | No. 2:11-CR-00353-MCE<br><br><br>**ORDER** |

　　　The Court is in receipt of the Government's unopposed Motion to Dismiss (ECF No. 134) Count 4 in the indictment charging Defendant Anthony Salcedo with a violation of 18 U.S.C. § 1341.  Good cause having been shown, the Government's Motion is GRANTED.

　　　IT IS SO ORDERED.

Dated:  May 26, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR, CHIEF JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT