1   BENJAMIN B. WAGNER
United States Attorney
2   JEAN M. HOBLER
MARILEE MILLER
3   Assistant United States Attorneys
501 I Street, Suite 10-100
4   Sacramento, CA 95814
Telephone:  (916) 554-2700
5   Facsimile:  (916) 554-2900

6
Attorneys for Plaintiff
7   United States of America

8                     IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO.  2:11-CR-00353 MCE

12                            Plaintiff,      **STIPULATION TO CONTINUE SENTENCING
AND FOR A MODIFIED BRIEFING**
13                     v.                     **SCHEDULE**

14   ANTHONY SALCEDO,                         DATE:        September 10, 2015
TIME:        9:00 a.m.
15                            Defendant.      COURT:       Hon. Morrison C. England, Jr.

16

17        The United States, by and through its attorneys of record Assistant U.S. Attorneys Jean M.

18   Hobler and Marilee Miller, and Defendant Anthony Salcedo, by and through his attorneys of record

19   Thomas A. Johnson and Kristy M. Kellogg (collectively, "Parties"), hereby submit the following

20   stipulations, as related to the sentencing hearing currently scheduled for September 10, 2015.

21                                   **BACKGROUND**

22        Defendant Anthony Salcedo was convicted on June 17, 2015 of conspiracy to commit mail fraud

23   in violation of 18 U.S.C. § 1349, and multiple counts of mail fraud in violation of 18 U.S.C. § 1341.

24   On the Court's order, the defendant was remanded and is currently in custody at the Sacramento County

25   Jail, awaiting sentencing.

26        As ordered by the Court, Probation filed its Presentence Investigation Report on or before

27   August 20, 2015, including as attachments the informal objections submitted by both the government

28   and the defendant.  (*See* PSR, Docket No. 211.)  Shortly thereafter, the government filed a separate

STIPULATION TO CONTINUE SENTENCING          1
AND FOR MODIFIED BRIEFING SCHEDULE

1  formal objection.  (Docket No. 212.)

2      As it currently stands, the record reflects several robust areas of dispute between the Parties as to

3  sentencing issues.  This includes *inter alia* the amount of loss for which the defendant should be

4  responsible, the amount of fine that would be appropriate given defendant's financial circumstances, and

5  the appropriateness of certain enhancements contemplated by the U.S. Sentencing Guidelines.  The

6  Parties, by and through counsel, have discussed some of these and other areas of dispute that are likely

7  to arise at the sentencing hearing and can foresee no immediate resolution to these issues.

8      Accordingly, and in order to allow for the presentation of developed, well-reasoned argument to

9  the Court, the Parties are in agreement on the need for the staggered briefing schedule as stipulated and

10  for sentencing to be continued until such briefing is complete.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE SENTENCING
AND FOR MODIFIED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED THAT:

1.    Good cause exists for the relief stipulated herein by the Parties.

2.    Upon the Court's Order, the sentencing of Defendant Anthony Salcedo is continued until **November 19, 2015**.

3.    Upon the Court's Order, a briefing schedule is set as follows with each brief to be filed on or before the date specified:

| Document Type | Date Due |
|---|---|
| Government's Sentencing Brief | October 8, 2015 |
| Defendant's Response Brief | October 22, 2015 |
| Government's Reply Brief | November 5, 2015 |

The Parties have apprised U.S. Probation Officer Nisha Modica of the Eastern District of California of the Stipulations, and she has stated no objection.

IT IS SO STIPULATED.

Dated:  September 3, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney

                                   By:  */s/ Marilee Miller*
                                        JEAN M. HOBLER
                                        MARILEE MILLER
                                        Assistant United States Attorneys

Dated:  September 3, 2015          By:  */s/ Thomas A. Johnson*
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant Anthony
                                        Salcedo

IT IS SO ORDERED.

Dated:  September 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT