BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
MARILEE MILLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00353-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RELEASE INFORMATION REGARDING ATTORNEYS FEES AND COSTS INCURRED BY FEDERAL DEFENDER'S OFFICE** |
| v. | |
| ANTHONY J. SALCEDO, | |
| Defendant. | |

Defendant Anthony Salcedo has entered into a Sentencing Agreement with the United States whereby he agrees to reimburse the Federal Defender's Office for the attorneys' fees and costs incurred by that office when representing him in this case.  The Federal Defender's Office advises that it cannot release that information without an order from this Court.

///

///

///

///

///

///

///

///

Therefore, the parties stipulate and agree to jointly request an order from this Court requiring the Federal Defender's Office to provide to the Court and to counsel for Salcedo and for the Government all information necessary to calculate its fees and costs in this matter from its appointment on August 25, 2011, to its release as counsel on March 11, 2014.

Dated:  September 29, 2015                  */s/ Kristy M. Kellogg*
                                                  THOMAS A. JOHNSON
                                                  KRISTY M. KELLOGG
                                                  Attorneys for Defendant
                                                  (signature authorized September 25, 2016)

dated:  September 29, 2015                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Jean M. Hobler*
                                                  JEAN M. HOBLER
                                                  MARILEE MILLER
                                                  Assistant United States Attorneys

## ORDER

In light of the sentencing agreement between the parties, the Court finds good cause to order the following:

The Federal Defender's Office shall provide to the Court, counsel for the defendant, and counsel for the Government all information necessary to calculate attorney's fees and costs incurred by the Federal Defender's Office in its representation of the defendant in this case. Such information shall be provided no later than October 30, 2015.

IT IS SO ORDERED.

Dated:  September 30, 2015

                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT