BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
MARILEE MILLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00353-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING CURRENT SENTENCING BRIEFING SCHEDULE, SETTING NEW SCHEDULE** |
| v. | |
| ANTHONY J. SALCEDO, | |
| Defendant. | |

The United States and Defendant Anthony Salcedo have entered into a Sentencing Agreement which resolves many of the issues of dispute between the parties regarding sentencing. As part of that agreement, therefore, the parties agreed to vacate the current briefing schedule[1] and to instead have simultaneous briefing filed no later than 4 p.m. on November 12, 2015, one week before the sentencing set for November 19, 2015.

The parties therefore present this stipulation and proposed order to the Court to vacate the current briefing schedule and set a simultaneous briefing deadline.

///

///

///

---

[1] The Government's opening brief is currently due on October 8, 2015, a defense response is due on October 22, 2015, and a Government reply brief is due on November 5, 2015.

Stipulation and Order                                     1

Dated:  September 30, 2015

/s/ Kristy M. Kellogg
THOMAS A. JOHNSON
KRISTY M. KELLOGG
Attorneys for Defendant
(signature authorized September 29, 2016)

Dated:  September 30, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Marilee Miller
JEAN M. HOBLER
MARILEE MILLER
Assistant United States Attorneys

## ORDER

In light of the sentencing agreement between the parties, the Court finds good cause to order the following:

The current sentencing briefing deadlines (October 8, 2015; October 22, 2015; November 5, 2015) are vacated.  The parties are ordered to file sentencing briefs, if any, one week before the sentencing.

IT IS SO ORDERED.

Dated:  October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT