BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00353-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING RESTITUTION HEARING** |
| v. | |
| ANTHONY J. SALCEDO, | |
| Defendant. | |

    Defendant Sean McClendon was sentenced on November 5, 2015.  Defendant Anthony Salcedo was sentenced on November 12, 2015.  At the time of these sentencings, sufficient information regarding restitution was available as to two of the four properties at issue, the government had confirmed that information as to one property was no longer available, and as to the fourth property, the government had not been able to obtain sufficient information from the loan servicer (Ocwen) to determine a specific restitution amount as to that property.  Thus, the Court set a further restitution hearing for January 14, 2016, and issued an order on November 17, 2015 requiring the loan servicer for the fourth property to provide information in response to the previously issued subpoena.

    On December 14, 2015, Ocwen provided a declaration to the court stating, in essence, that it was unable to obtain and provide the necessary information.  (D.N. 252)  Given that declaration, the parties have conferred and agree that there is no further need to address

restitution in this matter and therefore stipulate that the previously ordered restitution amounts remain in place and the restitution hearing set for January 14, 2016, be vacated.

Dated:  December 18, 2015

        */s/ Kristy M. Kellogg*
        THOMAS A. JOHNSON
        KRISTY M. KELLOGG
        Attorneys for Defendant Anthony Salcedo
        (signature authorized December 18, 2015)

Dated:  December 15, 2015

        */s/ Donald H. Heller*
        DONALD H. HELLER
        Attorney for Defendant Sean McClendon
        (signature authorized December 15, 2015)

Dated:  December 18, 2015         BENJAMIN B. WAGNER
        United States Attorney

        */s/ Jean M. Hobler*
        JEAN M. HOBLER
        Assistant United States Attorney

ORDER

Good cause appearing based on the parties' stipulation, the restitution hearing set for January 14, 2016, is VACATED.  All previous restitution determinations remain as previously ordered.

    IT IS SO ORDERED.

Dated:  January 11, 2016

        MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT