McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00353-MCE |
| Plaintiff, | STIPULATION TO CONTINUE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ANTHONY SALCEDO, | |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Mira Chernick, and defendant, by and through Dennis S. Waks, counsel for defendant, hereby stipulate as follows:

1.      Defendant's Motion for Early Termination of Supervised Release, ECF No. 274, requested that the Court terminate defendant's supervised release on April 1, 2020. The Court has ordered the United States and the Probation Officer to file statements of opposition or non-opposition by March 30, 2020. ECF No. 275. The Probation Officer in this case has already filed his non-opposition.

2.      By this stipulation, defendant now continues his Motion and requests that the Court terminate defendant's supervised release on May 7, 2020. The parties jointly request that the Court accordingly order the United States to file its statement of opposition or non-opposition no later than May 4, 2020.

1     3.      This continuance is requested to allow the parties to resolve the Motion without the need

2     for further briefing.

3            IT IS SO STIPULATED.

4

5

6     Dated:  March 30, 2020                          McGREGOR W. SCOTT
                                                       United States Attorney

7
                                                       /s/ MIRA CHERNICK
8                                                      MIRA CHERNICK
                                                       Assistant United States Attorney
9

10

11    Dated:  March 30, 2020                          /s/ DENNIS S. WAKS
                                                       DENNIS S. WAKS
12                                                     Counsel for Defendant
                                                       ANTHONY SALCEDO
13

14

15                                   **ORDER**

16           IT IS SO ORDERED.

17    DATED:  March 31, 2020

18

19    _____
      MORRISON C. ENGLAND, JR.
20    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE MOTION FOR EARLY                    2
TERMINATION OF SUPERVISED RELEASE