DENNIS S. WAKS, #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel: 916-498-9871

Attorney for Defendant
ANTHONY J. SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11- cr-00353--MCE |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ANTHONY J. SALCEDO, | |
| Defendant. | Date:   March 18, 2020 |
| | Time:  9:15 a.m. |
| | Judge: Hon. MORRISON C. ENGLAND, JR. |

TO:    UNITED STATES ATTORNEY MCGREGOR SCOTT and ASSISTANT UNITED STATES ATTORNEY MICHELE RODRIGUEZ:

PLEASE TAKE NOTICE that on March 18, 2020 at 9:15 a.m. or as soon thereafter as the matter may be heard by the Court, Anthony J. Salcedo moves for early termination of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

## I.    INTRODUCTION

Mr. Salcedo hereby moves the Court to terminate on April 1, 2020 his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The 36-month term of supervised release began on February 7, 2019. Mr. Salcedo will have completed nearly 14 months of his supervisory term. The Probation Office informed the undersigned it takes no position on Mr. Salcedo's request for early termination.

1

2  ## II.    APPLICABLE LAW

3          Title 18, section 3583(e)(1) of the United States Code authorizes the Court to terminate a

4  defendant's felony term of supervised release at any time after the expiration of one year of

5  supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant

6  released and the interest of justice." It goes on to state that Probation "Officers should consider

7  the suitability of early termination for offenders as soon as they are statutorily eligible". *Id.*

8

9          Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18

10  U.S.C. § 3553(a)(1) (nature and circumstances of offense, and history and circumstances of

11  defendant); 3553(a)(2)(b)(adequate deterrence to criminal conduct); 3553(a)(2)(C) (protect the

12  public from further crimes of defendant); (a)(2)(D)(provide needed training, care, or treatment);

13  (a)(4) (kinds of sentence available); (a)(5) (policy statements); (a)(6) (avoid unwarranted

14  disparities); and (a)(7) (restitution).

15

16          On February 16, 2012, the Honorable Robert Holmes Bell, Chair of the Committee on

17  Criminal Law of the Judicial Conference, issued a memorandum to all United States District

18  Court Judges encouraging them to grant early termination of supervised release in appropriate

19  cases as an effort to reduce expenditures in the probation and pretrial services programs.

20  Terminating "appropriate cases before they reach their full term saves resources and allows

21  officers to focus on offenders who continue to pose the greatest risk of recidivism." Judge Bell's

22  memorandum notes that supervision costs approximately $3,938 per year per case; a more recent

23  study notes that it costs the taxpayers over $4,400 per year.  Analysis by the Administrative

24  Office of the Courts indicates that offenders who received early termination of supervised release

25  were "arrested less often, for less serious charges, and were sentenced to terms of imprisonment

26  less often." Accordingly, "[f]rom a policy standpoint, it appears that the above criteria, when

27  properly applied, does not jeopardize public safety." *Id.*

28

1

2

### III.  MR. SALCEDO SATISFIES ALL THE CRITERIA FOR EARLY TERMINATION

3

4         Mr. Salcedo satisfies all factors set forth for early termination. As of April 1, 2020, he

5   will have completed nearly 14 months of his 36-month term of supervision and does not require

6   any further programming or treatment. According to his Probation Officer, Supervisory Officer

7   Mike McFarland, Mr. Salcedo "has done what is expected.".  Mr. Salcedo has tested clean and

8   he has had no new arrests or law enforcement contacts.

9         Mr. Salcedo fully accepted responsibly before sentencing and admitted to Probation and

10  the Court that in 2005 and 2006, he committed Conspiracy to Commit Mail Fraud and Mail

11  Fraud.  In August, 2011, after his arrest, he was released to Pretrial Supervision and remained out

12  of custody until he was found guilty and remanded to the Sacramento County jail in June 2015;

13  he remained out of custody for nearly 4 years without committing any new offenses. Mr. Salcedo

14  was sentenced on November 12, 2015 to a term of 64 months in custody, and a supervised

15  release term of 36 months.

16        Though the Presentence Report (PSR) states that Mr. Salcedo, at the age of 18, admitted

17  to some un-named "court house officer" in 1999 that he was a member of a gang, Mr. Salcedo

18  denies being a member of a gang or making the statement that he was a gang member. He had no

19  gang related distinguishing marks on him when interviewed by Probation during the PSR

20  interview, there is no indication on pg. 3, Identifying Data, that he was a gang member, there was

21  no discussion of his possible membership when discussing his bail release on an unsecured bond,

22  he received no enhancement for being in a gang, he had no prior juvenile or adult criminal

23  convictions, there was no discussion in the Justification section of the PSR that he was a gang

24  member, there was nothing in his Special Conditions that discussed that he remain away from

25  other gang members, there is nothing in the PSR that he lived in Citrus Heights, (the place where

26  the gang was allegedly from) and lastly, he was not a gang member when he committed these

27  offenses, when he was in the Bureau of Prisons (BOP) nor is he a gang member now.

28

Furthermore, on ¶ 39 of the PRS, the Report states that Mr. Salcedo was charged with murder when he was a juvenile, however, he advised counsel that he was not involved in the homicide nor did he make any statements about an "adrenaline rush". Mr. Salcedo went to trial; the Court subsequently declared a mistrial and the case was dismissed against him. After further investigation by law enforcement, they determined that they had "the wrong defendants", including Salcedo, and 2 others were later arrested and convicted. The defendant was tried in 1999, twenty-one years ago. The instant offenses, Federal Mail Fraud, have nothing to do with homicides nor are they crimes of violence. It should be noted that Mr. Salcedo had no prior criminal convictions, up until the Federal case.

In the nearly **fifteen** years since he was involved in these offenses to the present, he has completed law school, passed the California bar, got married, paid off before sentencing over $800,000 in restitution, fines, fees, and Federal Defender costs, he completed his 64-month sentence, had one child while in custody and enjoyed the birth of his second child last December. Mr. Salcedo, while in the BOP, successfully completed the 500-hour Residential Drug Abuse Program (RDAP), took many classes including Anger Management Prevention and ultimately started teaching courses to other inmates on how to remain drug-free and how to get employment on the outside.

Mr. Salcedo is now employed as a paralegal/law clerk, since he lost his license to practice law after this criminal conviction; Anthony is in charge of setting up the firm's marketing and new business development. Ms. Salcedo (maiden name-Anh Phoong) in her character letter to Probation and the Court, stated that her "firm has done well in the Northern CA area and I have plans to expand my firm to Southern CA as well as Nevada". This is one of the many important reason for "his getting this grant for early termination. His ability to travel without restrictions would be most helpful in further developing the firm as he would be traveling often" (Exh. A). As the Presentence Report (PSR) stated, "There were numerous character letters written on the defendant's behalf which spoke to the positive strides he has made since his involvement in this offense" PSR pg. 17. Mr. Salcedo has been growing daily and is making a concerted effort to be

positive and thankful for his family. He spends most of his free time with his wife and family. Salcedo "has worked very hard to change. He recognizes what he did was wrong and has been trying to help people who have drug addictions find employment and shelter." PSR, ¶ 63. It appears that Mr. Salcedo is working hard to put his past behind him and to make a better life for himself and his family.

Mr. Salcedo is a hard worker. He has always worked even while he obtained both of his Associate degrees, a Bachelor's degree and a Law degree. However, at the time of the offense, Mr. Salcedo was still young (24 years of age), lived a reckless life and was smoking pot, drinking alcohol, ingesting ecstasy and inhaling a gram of cocaine per week. (PSR, ¶ 48). As can be seen in his earlier letter to the court, Mr. Salcedo accepts responsibility for his actions; he stated to Probation, "I accept responsibility for my actions. I'm guilty of the charged offenses…I was financially motivated to earn enough money to pay for law school. I am ashamed of myself….I've ruined [everything]". PSR, ¶19.  Mr. Salcedo recognizes his mistakes and works hard to become a better person. Mr. Salcedo's wife became pregnant prior to trial and had their first child after he was convicted and detained. Because of Mr. Salcedo's actions, he lost out on participating in a part of life that he can never replace. For many people, having a baby is a life-changer. It gives you a whole other perspective on why you wake up every day. Mr. Salcedo missed the birth of his first child and was not be able to help his wife take care of the baby. This has weighed heavily on Mr. Salcedo and is a great punishment for someone to endure.

Mr. Salcedo has complied with all the requirements of his supervised release. Since his release, Mr. Salcedo has demonstrated that he is more than capable of living a law-abiding life and that further supervised release is not necessary to protect the public.  Mr. Salcedo was released to the halfway house in October 2018.  He was a model resident during his four-month stay.  He found employment in the first few weeks, and has maintained employment ever since. Mr. Salcedo is a member of his wife's Law firm of 23 employees, and is earning a good wage. He pays his taxes and secured health coverage for himself and his family. He would love to get

this unfortunate event behind him, take the California bar exam again and become a practicing

attorney with his wife.

Mr. Salcedo enjoys stable and gainful employment at his wife's law office, Phoong Law

Corporation.  He "works hard every day, almost 10-12 hours every day. He wakes up at 5 am in

the morning and doesn't get home until past 5pm. When he gets home, he spends time with my

daughter and I", (Exh. A) [Letters from Employer and Friends written while Anthony was on

Supervision].  Mr. Salcedo made good use of his time while incarcerated; he taught classes and

he developed a new curriculum "to try and help other inmates succeed in life after incarceration".

Furthermore, Ms. Salcedo writes that Anthony "has proven that he is a law-abiding citizen:

compliant with all terms of his probation [Supervised Release] since his release and more

importantly, he has a good support system to ensure his continued success". As one of the

attorneys described in her letter, Tony does not require continued supervision, he will be

continually supervised "by the attorneys at the firm" on a daily basis.

Attorney Kim Harding first met Mr. Salcedo in Law School in 2005-he was "outgoing

and personable but immature and irresponsible". She states that the "Anthony of today is not the

irresponsible immature individual I first met years ago". He "accepts responsibility for his

actions" and "has continued to show sorrow and remorse for his past criminal conduct". His wife

states that he is "passionate about helping others" including purchasing and giving out "hundreds

of backpacks for children" at a community "drive for Volunteers of America". They have also

"sponsored an Art event for My Sister's House; a local Sacramento shelter for women of

domestic violence" and "donated several thousand dollars to local schools and scholarships".

Mr. Salcedo's home life is also stable and positive.  As Dr. Leonard Wong observed, he

has known Anthony for over 10 years and since his release, he has seen "the change in his attitude

and the impact on his life from all the tools that he has learned from the program[s] he completed".

"I strongly believe that he has been fully rehabilitated and is a great asset to the community". (Exh.

A). Mr. Salcedo is very close to his family and devoted to his loving wife and children.  (Exh. B)

[Photos of Anthony and his family]. He looks forward to taking them on a family vacation this summer.

As Dr. Nguyen, who has also known Anthony or TJ for 10 years, stated "It's good to have TJ around. It's good to see him so happy with his wife and daughter. It's good to see him interact and do what he can for the community with the resources available to him. It's good for me to have him back in my life and to have his support and encouragement again". "Since he has been back with us he spends most, if not all of his time with his family" "He puts everything into his work to contribute his share to its success." (Exh. A).

Mr. Salcedo has complied with all requirements of his supervised release according to his Probation Officer.  As a loving husband with significant familial support, a valued employee, and a hardworking paralegal with outstanding skills, Mr. Salcedo has fully reintegrated into the community and does not need supervised release to provide him with any additional training or treatment. Save the badly needed resources for other newly released federal inmates that could use the additional attention.

Mr. Salcedo has completed every condition asked of him and has gone far beyond the requirements of his supervision. He has fully reintegrated into society and is a valued worker, family member, and a law-abiding citizen. He has achieved stable community reintegration in terms of housing, family, and employment. He is in full compliance with all terms of Supervision. Mr. Salcedo satisfies every factor for consideration in 18 U.S.C. § 3583(e).  Given Mr. Salcedo's commendable turnaround even before his imprisonment, including his solid performance on supervised release, he respectfully requests that the Court order that his term of supervision be terminated as of April 1, 2020 under 18 U.S.C. § 3583(e).  Should the Court feel that a hearing is unnecessary, a proposed order is attached.

Dated: March 7, 2020


/s/ *Dennis S. Waks*
DENNIS S. WAKS

Attorney for Anthony J. Salcedo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY J. SALCEDO,<br><br>Defendant. | Case No. 2:11- cr-00353--MCE<br><br>ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Date:  May 7, 2020<br><br>Judge: Hon. MORRISON C. ENGLAND, JR. |

On March 9, 2020, defendant Anthony J. Salcedo filed a Motion for Early Termination of Supervised Release in the above case. ECF No. 274. The Probation officer in this case and the Government do not oppose this Motion. Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of Supervised Release imposed in this case and discharges ANTHONY J. SALCEDO on May 7, 2020 for the reasons set forth above.

IT IS SO ORDERED.

Dated:  May 8, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

March 2, 2020

To:  Hon. Morrison C. England, Jr.

I am seeking the courts permission for early termination of my Supervised Release Term.  I want to explain my progress since being released from prison and my reasoning behind why I would like to seek an early termination of my Supervision.

I engaged in cash back real estate deals that were fraudulent.  I convinced my family to do the same.  At the time I thought I knew everything and that I could get away with taking short cuts in life.  Little did I know that taking shortcuts in life have long lasting consequences.  I passed the State Bar Exam in February of 2012.  However, because of my actions, I lost my ability to practice law.  I also put my family through the most painful experience ever.  Instead of taking responsibility for my actions, and accepting a plea bargain, I took my case to trial, and I lost. I did not just lose the trial, I lost everything.   When I was convicted in 2015, my first-born daughter was born without a dad, my wife lost a husband and I almost lost my family.

But I have accepted full responsibility for my actions and have served my time.

Through the course of the next several years I tried to use my time wisely in prison.  I had no major disciplinary actions, taught thousands of inmates in several classes such as Anger Management, basic financial planning, goal setting, as well as a time Management and setting boundaries course. While serving my time in

custody I had the opportunity to take advantage of a number of substance abuse and self-education classes.   I graduated the residential drug abuse program (RDAP) as a Big Brother and completed the after-care program in the halfway house.  I have paid off all of my restitution owed totaling close to almost 1 million in restitution and court fines for myself and all my co-defendants.  I have gained lawful employment and was blessed to have a second chance to be a dad when my baby boy was born on December 1, 2019.

I am asking the courts permission for early termination for several reasons. First, I would like to be able to apply for moral character and if allowed, sit for the State Bar again.  I believe that serving time and going through the intensive drug program has helped me grow and has changed my life for the better. In the drug program, you're taught that if you take short cuts and assume you know what you're doing it's called "struggling with objectivity."  I have now gained and used the tools that I have learned in the drug program to make sure that I never put my family in jeopardy again. Secondly, being off probation would help my wife expand her business by allowing me to travel outside of the region. Lastly, I feel that I have done everything that has been asked of me and I would like to move on in my life.

Patience is a virtue that I have learned and I know that it can take years to build or rebuild a reputation but one action to lose it.  I am now rebuilding my reputation in the community.  I have done some volunteer work in Lake Tahoe with a janitorial company.  I have also donated and helped provide presents to foster youth in various programs in Stockton California.  I also participated in the battered women program with my wife to help promote awareness.  I have also volunteered some of my free time helping my extended family remodel their house.

With this said I now value my freedom and am not taking anything for granted.

Please consider my request and if you have any questions, I am available any time.

Thank you,

Anthony Salcedo

Anh Phoong Salcedo
4676 Cattalo Way
Roseville, Ca 95747


September 26, 2019

RE: Anthony Salcedo early termination of probation


To Whom It May Concern:


I am writing this letter on behalf of my husband Anthony Salcedo's request for early termination of probation.

It has been almost a year since his release from incarceration and the transition has not been easy to say the least. My initial fear upon his release was that he might go back to his "old ways" and to be quite honest, I was afraid that maybe all the promises he made about how he has changed and promises he made to me and our family were just empty words of a lonely incarcerated man. He has never violated probation; and has been compliant in every aspect since his release. From following protocols at the halfway house, to ankle monitoring and now, in his probationary period.

Since his release, all he has done is go to work and spend time with my daughter and me. He doesn't even go out with his friends. I can count the times with one hand that he has gone out without us as a family in the last year. He has made us his priority and has dedicated himself to us and his work. What was even surprising for me to see, was that even though he is allowed to drink alcohol, he hasn't drunk much at all. He may have a cocktail every once and a while after a long, stressful day at work, but it is not a regular occurrence. I am glad I was wrong and now no longer have any fears as he has been consistent with his role as a father and husband.

During his incarceration, he expressed his remorse for his actions and has done everything in his power since then, to move forward in a positive way in his life. He often talked to me about how he wished he could have done things different, how his poor decisions in his past lead him to being incarcerated and accepted his sentence and consequences for his actions. He owed nearly $800,000.00 in restitution and court fees/fines due to his crimes. It was important for him to pay off all his restitution so that he could prove he accepted responsibility for his actions, and partly

be able to make the victims whole. It was not an easy decision to make as that is a lot of money, but I supported his decision and wanted for him to be able to start off with a "clean slate" so to speak; and did NOT want him to evade any responsibility he had left in connection with his crimes.

While incarcerated, he made good use of his time not only to change and benefit himself, but he also spent his time trying to inspire and help his fellow inmates. This is evident through all the classes he taught while incarcerated and the new curriculum he developed to try and help other inmates succeed in life after incarceration. He is passionate about helping others and continues to do so on the outside. Since his release, he continues his desire to help others. Some of the things we have done together to give back to the community is a backpack drive for Volunteers of America. He went with me to pick out hundreds of backpacks for children. We also sponsored an Art event for My Sister's House; a local Sacramento shelter for women of domestic violence. We have also donated several thousand dollars to local schools and scholarships.

Anthony works hard every day, almost 10-12 hours every day. He wakes up at 5am in the morning and doesn't get home until past 5pm. When he gets home, he spends time with my daughter and I. Anthony works under my law firm, Phoong Law. His duties include setting up case files and is in charge of the firm's marketing/new business development. My firm has done well in the Northern CA area and I have plans to expand my firm to Southern CA as well as Nevada. This is one of the most important reasons his getting this grant for early termination. His ability to travel without restrictions would be most helpful in further developing the firm as he would be traveling often.

Lastly and most importantly, Anthony should be granted early release of probation because he has already learned his lessons, paid his time, and literally "paid" for his crime. Another year or two of probation will not do anything more beneficial.  He has proven that he is a law abiding citizen; complaint with all terms of his probation since his release and more importantly, has a good support system to ensure his continued success in life after incarceration.

Thank you for your time.

Truly,

Anh Phoong Salcedo

Kim Harding
1644 Roadrunner Drive
Roseville, CA 95747

September 23, 2019

Judge and Probation Officer

Re:  Anthony Salcedo's request for early termination of probation

To Whom it may concern,

I am writing this letter in support of Anthony Salcedo's request for early termination of his probationary term.

I first met Mr. Salcedo in 2005 at Lincoln Law School in Sacramento. Honestly, when I first met Mr. Salcedo he was outgoing and personable but immature and irresponsible.

Over the years, I have seen Mr. Salcedo's actions in both a professional and personal capacity. I have been witness to some of the best and some of the worst moments of his life. I saw the happiness of his graduation from law school, his marriage to his fabulous wife and then his joy at becoming a father. I saw his despair when he truly realized the nature and extent of his conduct that ultimately got him to today.

I truly believe that the Anthony of today is not the irresponsible immature individual I first met years ago. Anthony is a man who accepts responsibility for his actions. In doing so, he has continued to show sorrow and remorse for his past criminal conduct. Anthony served his prison sentenced as ordered and was granted probation. Anthony has been successful on his grant of probation and met all terms and conditions of release. Anthony has paid the victim restitution and associated costs in full. He is gainfully employed and continues to provide for his family and be a contributing member of society.

I do not believe that Anthony requires continued probation supervision.

Sincerely,

Kim Harding

Dr. The D. Nguyen, DC 1122 Corporate Way #300 SAC, CA  95831

To Whom It May Concern,

Anthony Salcedo, or TJ as I refer to him has been my friend of almost 10 years. When I first met him I was just starting my practice as a chiropractor. To me he has been a big brother and a mentor. He has always shown me great generosity and support. He helped me to meet potential new clients and gave me advice on how to set up my business. He has always been there for me and my family whatever our needs were.

Since he has been back with us he spends most, if not all of his time with his family and daughter catching up on lost time. He puts everything into his work to contribute his share to its success.

Even with that, he makes time for charity work so he can be a better member of society. In partnership with Volunteers of America Operation Backpack, he and his family were able to donate over $1000 and 200 backpacks. This was not just a corporate write off. They went as a family to fill the backpacks and spend the day helping others. They gave their time and in return they grew closer as a family. That's where his focus is now.

He works with local charities to help strengthen not only his business' bond with the community but his personal bond also. They sponsored the My Sister's House Art with a Heart event providing over 50 tickets to the event for those less fortunate. My Sister's House is a local charity providing benefits for victims of domestic violence, sexual assault and human trafficking.

He spends his time building two communities. The small one of his family. Spending as much time as possible with this daughter and wife. Weekends are packed with family activities and kids parties. Then there is the one with the community at large. The people he works with. The business and people in his surrounding neighborhood. His charitable work is how plugs into their needs and tries his best to be a positive impact.

It's good to have TJ around. It's good to see him so happy with his wife and daughter. It's good to see him interact and do what he can for the community with the resources available to him. It's good for me to have him back in my life and to have his support and encouragement again.

Dr. The D. Nguyen, DC



GAVRILOV & BROOKS
ATTORNEYS AT LAW

September 13, 2019

Honorable Morrison C. England
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Your Honor,

My wife and I have known Anthony Salcedo and his wife, Anh Phong, for approximately five years. I am writing this letter to testify to Anthony's rehabilitation and successful transition into society. Anthony clearly recognizes that he made a poor decision fourteen years ago. He took responsibility, served his time, and has transitioned into a productive member of our community.

As examples, Anthony and Anh have been heavily involved in charitable events such as the backpack giveaway to help underprivileged youth for California Foster families in Stockton and a fundraiser for My Sister's House (to aid victims of domestic violence).

In addition, Anthony is employed in his wife's law firm working in the firm's customer service department. I have had the opportunity to interact with Anthony on a professional level on a few cases where I have been brought in on as trial counsel, and I was impressed by his promptness and work ethic.

You may know that Anthony graduated from law school and passed the California State Bar but was unable to become a member due to the crime he committed fourteen years ago. Anthony informed me that the Bar Association has indicated to him that it will allow him to sit for the Bar again once his probation is lifted. Knowing his passion for the law and having observed his rehabilitation, I respectfully recommend that his probation is lifted so he can sit for the Bar again.

If you need any further information, please do not hesitate to contact me.

Respectfully,

Ognian Gavrilov

LETTER OF RECOMMENDATION

To Whom it May Concern,

Anthony Salcedo is applying for early termination of probation. I am writing this letter of recommendation on Anthony's behalf to share my experiences during the time he has been out on probation and recommend Anthony be granted early termination.

I have known Anthony since 2005. We first met attending Law School together at Lincoln Law School of Sacramento. Anthony and I spent several years learning and studying together. The actions that brought Anthony to where he is today were prior to when I met him and I feel he is not the same person and has grown a lot since then. He has paid his debt to society and is moving forward in the right direction trying to better his life not only for himself but his family and the community.

Since being released, Anthony has been an active member in his community as well as a great family man. I have attended several family functions with him and can see that he is very dedicated to his growing family. He has been involved in several volunteer programs with his community such as the Stockton Foster Kid Easter Basket Program and Back Packs for Kids starting school. I really hope that you give him the chance to prove to you that he is a changed person that is deserving of an early termination.

Should you wish to contact me, you may do so anytime using the below contact information.

Sincerely,

Brandon Balcom
1201 Shearwater Drive.
Patterson CA 95363
916-759-0489

# PHOONG LAW CORPORATION

*Personal Injury Attorneys*
*1860 Howe Ave Suite. 250 Sacramento, Ca. 95825*

*Phone: (916)993-8220 | Fax: (888)546-3834*
*Website: www.phoonglawcorp.com*

September 26, 2019

Judge and Probation Officer

RE: Anthony Salcedo's Request For Early Termination Of Probation

To Whom It May Concern

My name is Kellan Mayberry and I am an attorney with the Phoong Law Corporation. I am writing this letter in support of Mr. Anthony Salcedo's request for early termination of probation. In October of 2018 Mr. Salcedo procured full time employment with the Phoong Law Corporation. His initial job duties included assisting with daily administrative office functions and aiding our legal case managers in file creation and case set up. Recently, Mr. Salcedo has also been of assistance with developing and expanding the firms marketing and brand awareness in Northern California and the Central Valley. I have taken notice of Mr. Salcedo's acute attention to detail with respect to everything he does in the office. In the last 11 months Mr. Salcedo has excelled and surpassed my expectations with his work product.

I have been tasked with the assignment of expanding the firms satellite locations throughout California and Nevada. Currently at this time we are looking into the possibility of expanding to San Francisco, North Los Angeles, San Diego, Reno and Las Vegas. If and when these expansions occur I would like to have Mr. Salcedo assist the firm in training the new clerical staff on the proper polices and procedures in case set up. In addition he would be tasked with aiding the firm in marketing and business development. It is my understanding the Mr. Salcedo currently has restrictions on his travel throughout the state of California and Nevada. Mr. Salcedo has spoken with me about petitioning the court and his probation officer requesting early termination.

I do believe that he has proven himself to be as an asset to this firm. His assistance is being requested in helping the firm grow and expand the business and help people throughout the state of California and Nevada. It is my understanding that Mr. Salcedo has been successful on his current grant of probation and abided by all terms and conditions of his release.

I do not believe that Mr. Salcedo requires continued probation supervision. He will be continued to be supervised by the attorneys at the firm with his daily work endeavors.

Sincerely,

Kellan Mayberry Esq

*Wong*
CHIROPRACTIC INC.
**Dr. Leonard Wong, DC**
2230 Sunset Blvd. #360
Rocklin, CA  95765
(916) 786-7779

September 23, 2019

To whom it may concern:

I have personally known Anthony Jason Salcedo for over 10 years.  Since his release back into the community, I have had many interactions with him inside and outside of work.  I have seen the change in his attitude and the impact on his life from all the tools that he has learned from the program he completed while he was incarcerated.  I strongly believe that he has been fully rehabilitated and is a great asset to the community and as well as good friend.

Sincerely,

Dr.Leonard Wong, DC

www.wongchiropractic.com
drlwong@starstream.net

**Anthony Salcedo**
4676 Cattalo Way
Roseville, CA 95747

To Whom it may concern,

This is a letter of recognition for Anthony Salcedo.  Throughout this year
Anthony has volunteered hours of his time helping on cleaning projects that
we had done in the community within the last several months.  He has been a
valued member of our organization and an asset.

Sincerely,

Jared Ortiz - Owner
Green Pro Services
P.O Box 18857
South Lake Tahoe 96151

# EXHIBIT B

















